## DECLARATION OF RYAN O. LUMINAIS

STATE OF LOUSIANA   )
                    )
PARISH OF ORLEANS   )

I, Ryan O. Luminais, Esq., of Sher Garner Cahall Richter Klein & Hilbert, L.L.C., offer the following Declaration in connection with the Motion for *Pro hac Vice* submitted in the action *Utopian Wireless Corporation v. Kenneth D. Kitts and William A. Trapp*, pending in the United States Federal Court for the Northern District of Alabama, Case No. 3:24-cv-01644-HNJ:

1. My name is Ryan O. Luminais. I am over the age of nineteen years (19) and competent to testify to the matters contained herein, all of which are based upon my personal knowledge.

2. My residence is located in the Parish of Jefferson, State of Louisiana.

3. My office address is:

   Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
   909 Poydras Street, Suite 2800
   New Orleans, LA 70112

4. I am admitted to practice law in the following jurisdictions and courts:

   a. All Courts of the State of Louisiana, admitted October, 2006.

   b. All Courts of the State of Mississippi, admitted October, 2005.

   c. The United States Court of Appeals for the Fifth Circuit, admitted October, 2006.

   d. The United States District Court for both the Eastern and Western Districts of Louisiana, admitted October, 2006

5. I am in good standing and eligible to practice in all courts to which I am admitted.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on: December 23, 2024      By: _____
                                         Ryan O. Luminais