# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| UTOPIAN WIRELESS CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:24-cv-01644-HNJ ) |
| KENNETH KITTS, in his official capacity as President of the University of North Alabama, et al., | ) ) ) ) |
| Defendants. | ) ) |

## O R D E R

The docket sheet reflects Plaintiff served Defendant Kenneth Kitts and the Alabama Attorney General on December 6, 2024, making Kitts's answer due December 27, 2024. Plaintiff served Defendant William Trapp on December 9, 2024, making his answer due December 30, 2024. (Doc. 8). To date, neither Defendant has filed an answer, and Plaintiff has taken no action. The court therefore **ORDERS** Plaintiff to file a status report or take other appropriate action within seven (7) days from the entry date of this order.

**DONE** and **ORDERED** this 6th day of January, 2025.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE