# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **UTOPIAN WIRELESS CORPORATION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 3:24-cv-01644-HNJ |
| ) | |
| **KENNETH D. KITTS, in his official** ) | |
| **Capacity as President of the University of** ) | |
| **North Alabama; and WILLIAM A. TRAPP,** ) | |
| **in his official capacity as President of the** ) | |
| **University of North Alabama Board of** ) | |
| **Trustees,** ) | |
| ) | |
| **Defendants.** | |

## STATUS REPORT

Pursuant to this Court's January 6, 2025 Order [Doc. 11], Plaintiff Utopian Wireless Corporation submits the following status report. Defendant Kenneth Kitts was served on December 6, 2024 [Doc. 8]. Defendant William Trapp was served on December 9, 2024 [Doc. 8]. This Court granted Defendants Kitts and Trapp an extension of time to file responsive pleadings until January 24, 2025 [Doc. 7]. Plaintiffs await Defendants' responsive pleadings.


Dated: January 13, 2025                    Respectfully submitted,


                                           /s/Vincent J. Graffeo
                                           Vincent J. Graffeo
                                           GRAFFEO LAW, LLC
                                           2119 3rd Ave. N., Suite 203
                                           Birmingham, AL  35203
                                           Telephone: (205) 994-8249
                                           Fax: (205) 994-8215
                                           Email: vincent@graffeolaw.com

                                           -and-

>Ryan O. Luminais, Admitted *Pro Hac Vice*
>Curtis J. Case, Admitted *Pro Hac Vice*
>SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
>909 Poydras Street Suite 2800
>New Orleans, LA 70112
>504-299-2100 (main)
>Email: rluminais@shergarner.com
>         ccase@shergarner.com
>
>***Counsel for Plaintiff Utopian Wireless Corporation***

### **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document electronically filed with the Clerk of Court using the CM/ECF system, mail and/or email on this the 13th day of January, 2025.

John E. Goodman, Esq. (jgoodman@bradley.com)
Matthew J. Lloyd, Esq. (mlloyd@bradley.com)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Ave. N.
Birmingham, AL. 35203
***Attorneys for Defendants Kenneth D. Kitts***
***and William A. Trapp***

>*/s/Vincent J. Graffeo*