FILED
2025 Jan-27 AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **UTOPIAN WIRELESS CORPORATION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 3:24-cv-01644-HNJ |
| ) | |
| **KENNETH D. KITTS, in his official** ) | |
| **Capacity as President of the University of** ) | |
| **North Alabama; and WILLIAM A. TRAPP,** ) | |
| **in his official capacity as President of the** ) | |
| **University of North Alabama Board of** ) | |
| **Trustees,** ) | |
| ) | |
| **Defendants.** | |

## UTOPIAN WIRELESS CORPORATION'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME

Plaintiff Utopian Wireless Corporation ("Utopian") respectfully moves this Court for an extension of time to respond to the Motion to Dismiss submitted by Defendants Kenneth D. Kitts ("Kitts") and William A. Trapp ("Trapp"). In support of this Motion, Utopian states as follows:

1. Defendants, after consultation with Utopian's counsel, do not oppose this motion.

2. Utopian filed its Complaint against Defendants on November 26, 2024. [Doc. 1].

3. On December 12, 2024, the Court entered an Order granting Defendants' motion requesting additional time to respond to Utopian's Complaint until January 24, 2025. [Doc. 7]. Utopian did not oppose Defendants' request.

4. On January 24, 2025, Defendants filed a Motion to Dismiss [Doc. 13] and a supporting brief [Doc. 14]. Defendants raise arguments based on sovereign immunity, contract law and statute of limitations.

5. On January 24, 2025, the Court entered an Order requiring Utopian to respond to the Motion to Dismiss within fourteen (14) days and for Defendants to submit any reply within seven (7) days thereafter. [Doc. 15].

6. Utopian's counsel requests a modest amount of additional time (two weeks) to prepare a response to the multiple arguments raised by Defendants in their Motion to Dismiss.

7. Utopian proposes that Defendants receive a commensurate amount of additional time (one week) to submit any reply.

8. The requested extension will not unduly delay this case or prejudice any party.

WHEREFORE, Utopian respectfully requests that the Court enter an Order as follows:

a) Allowing Utopian two (2) additional weeks (until February 21, 2025) to respond to Defendants' Motion to Dismiss;

b) Allowing Defendants to submit any reply within fourteen (14) days thereafter.

Dated: January 27, 2025                     Respectfully submitted,


                                            /s/Vincent J. Graffeo
                                            Vincent J. Graffeo
                                            Attorney for Plaintiff Utopian Wireless Corporation
                                            Graffeo Law, LLC
                                            2119 3rd Ave. N., Suite 203
                                            Birmingham, AL  35203
                                            Telephone: (205) 994-8249
                                            Fax: (205) 994-8215
                                            Email: vincent@graffeolaw.com

                                            Ryan O. Luminais, admitted *Pro Hac Vice*
                                            Curtis J. Case, admitted *Pro Hac Vice*

**OF COUNSEL:**
GRAFFEO LAW, LLC
2119 Third Avenue North, Suite 203
Birmingham, AL 35203
205-994-8249 (main)

205-994-8215 (fax)
vincent@graffeolaw.com

Ryan O. Luminais, admitted *Pro Hac Vice*
Curtis J. Case, admitted *Pro Hac Vice*
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
909 Poydras Street Suite 2800
New Orleans, LA 70112
504-299-2100 (main)
Email: rluminais@shergarner.com
　　　　ccase@shergarner.com

***Counsel for Plaintiff Utopian Wireless Corporation***

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document electronically filed with the Clerk of Court using the CM/ECF system, mail and/or email on this the 27th day of January, 2025:

John E. Goodman, Esq. (jgoodman@bradley.com)
Matthew J. Lloyd, Esq. (mlloyd@bradley.com)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Ave. N.
Birmingham, AL. 35203
***Attorneys for Defendants Kenneth D. Kitts
and William A. Trapp***

                                                                           */s/Vincent J. Graffeo*