# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| UTOPIAN WIRELESS CORPORATION, ) ) ) Plaintiffs, ) ) vs. ) KENNETH D. KITTS, et al., ) ) Defendants. ) | Case No. 3:24-cv-01644-HNJ |

## ORDER

The court **RESETS** the telephone status conference previously scheduled for 10:00 a.m. on Friday, February 21, 2025. The conference will now commence at **10:15 a.m.** on **Thursday, February 20, 2025**. The court will provide the call-in information to the parties separately. If all parties submit an executed consent form before the date of the status conference, the court will cancel the status conference.

**DONE** and **ORDERED** this 24th day of January, 2025.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE