# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| UTOPIAN WIRELESS CORPORATION, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | )    Case No. 3:24-cv-01644-HNJ <br> ) |
| KENNETH D. KITTS, et al., | ) <br> ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered contemporaneously herewith and Federal Rule of Civil Procedure 58, the court **GRANTS** Defendants' motion to dismiss and **DISMISSES** Plaintiff's claims without prejudice for lack of jurisdiction.

**DONE** and **ORDERED** this 3rd day of June, 2025.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE